

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Joyce R. Peterson**<br>SSN: XXX-XX-6097 | Case No. 05-31978 WTT<br>Chapter 7 |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On March 29, 2011, the Court approved the trustee's final report and proposed distribution.

2. The Trustee received correspondence from North American Recovery regarding payment of claim number 8. The correspondence stated that the account had been paid in full and that they were returning the funds to the bankruptcy estate.

3. On October 5, 2011, the Trustee made a second distribution.

4. Pursuant to the second proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Proposed Payment |
|---|---|---|
| 2. | eCAST FOB Wells Fargo | $3.60 |
| 4. | Meier & Frank dba May Department Stores | $2.26 |
| 7. | eCast Settlement Corp | $0.60 |
| 9B. | Internal Revenue Service | $3.05 |

5. These funds are on deposit in Bank of America, account number 4437800840.

6. Checks in the amount of Three Dollars and Sixty Cents ($3.60), Two Dollars and Twenty-Six Cents ($2.26), Sixty Cents ($0.60), and Three Dollars and Five Cents ($3.05) representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** October 5, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Joyce R. Peterson
>Po Box 57040
>Salt Lake City, UT 84157-0040
>
>David M. Cook
>716 East 4500 South
>Suite N240
>Salt Lake City, UT 84107

*/s/ Renee Christensen*